# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **ARTHUR PETER LERMA,** | No. LA CV 17-01421-VBF-SHK |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| CHRISTINE PFIEFER (Warden), | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: November 5, 2021

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge